ALONZO C. FULLER, RESPONDENT, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, APPELLANT.

Judgment and order reversed, and new trial ordered, costs to

abide event. *Held,* that the objections taken to the questions put to the witness Bradford at folios 588 and 589 of the printed case were erroneously overruled, and it cannot be said that the testimony elicited by said questions was not prejudicial to the defendant. Hardin, J., not sitting.